# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-HE7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE7, | § § § § § § § § | |
| Plaintiff, | § | Civil Action No. 7:20-cv-335 |
| v. | § § | |
| SOLOMON VALLEJO, VERONICA VALLEJO; and MILA, INC. D/B/A MORTGAGE INVESTMENT LENDING ASSOCIATES, INC., | § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS

Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2004-HE7 Mortgage Pass-Through Certificates, Series 2004-HE7 ("Plaintiff"), files this, its *Notice of Voluntary Dismissal of Defendants* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and respectfully shows the Court as follows:

Plaintiff files its Notice of Voluntary Dismissal ("Notice") pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff files this Notice before Defendants Solomon Vallejo, Veronica Vallejo and Mila, Inc., d/b/a Mortgage Investment Lending Associates, Inc. ("Defendants") have filed an answer or motion for summary judgment. As such, Plaintiff voluntarily dismisses the claims it has asserted against Defendants without prejudice to the re-filing of the same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Plaintiff's claims

against Defendants be dismissed without prejudice, that no prejudice attach to such dismissal, and that Plaintiff be awarded all other relief to which Plaintiff may be entitled.

Respectfully submitted,

By: */s/ Samin Hessami*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**SAMIN HESSAMI**
Texas Bar No. 24100109
shessami@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6, 2021, a true and correct copy of the foregoing document was delivered to the following parties in the manner described below:

**Via U.S. Mail**
Veronica Vallejo
2502 East 29th Street
Mission, TX 78574

**Via U.S. Mail**
Solomon Vallejo
2502 East 29th Street
Mission, TX 78574

**Via U.S. Mail**
MILA, Inc. d/b/a Mortgage Investment Lending Associates, Inc.
1999 Bryan Street, Suite 900, Dallas, TX 75201

*s/ Samin Hessami*
**SAMIN HESSAMI**